SYMONDS v. UNITED STATES. (Circuit Court of Appeals, First Circuit. January 27, 1898.) No. 215. In Error to the Circuit Court of the United States for the District of Massachusetts. "And now comes the United States, by Boyd B. Jones, United States attorney for the district of Massachusetts, and says: First. That this is a writ of error to review a judgment of the circuit court, recovered on the fourteenth day of October, A. D. 1896, for the sum of one thousand and twenty-one and seventy one-hundredths dollars ($1,021.70) damages, and costs of suit, taxed at sixty-nine dollars and twenty-five cents ($69.25), in favor of the United States of America, against said Charles E. Symonds, in an action brought under section 3 of the act of congress approved February 26, 1885 (23 Stat. 332), and commonly known as the 'Alien Contract Labor Act.' Second. That the aforesaid plaintiff in error has heretofore, to wit, on the seventeenth day of December, 1897, made an offer in writing, in duplicate, to pay five hundred dollars in full compromise and settlement of the above-entitled suit, and heretofore, to wit, on the seventeenth day of December, 1897, deposited five hundred dollars with the assistant treasurer of the United States at Boston, to the credit of special account No. 5, as required by the treasury regulations, on account of and for the purposes of the aforesaid offer and settlement. Third.

That the solicitor of the treasury has instructed the United States attorney to submit said offer to the court for its consent thereto, under the provisions of section 2 of the act of congress approved March 3, 1891 (26 Stat. 108), and that the plaintiff in error has prepared and desires to submit a motion to the court for such consent, in accordance with the provisions of said section. Wherefore the United States pray this honorable court to reverse said judgment; and remand said cause to said circuit court, in order that said circuit court may receive said motion and may consider and take action thereon, and that further proceedings may be had in said cause according to law. Boyd B. Jones, United States Attorney." W. D. Northend, for plaintiff in error. Boyd B. Jones and Frederick P. Cabot, for the United States.

PER CURIAM. Upon the motion of the attorney of the United States, and by consent of the plaintiff in error, it is ordered and adjudged that the judgment of the circuit court be, and the same is, reversed, and that this cause be remanded to the circuit court for further proceedings according to law.